UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOVEPREET SINGH,

          Plaintiff,

    v.

EMILIA BARDINI, et al.,

          Defendants.

Case No. 1:25-cv-02023-KES-FRS (SKO)

ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A MAGISTRATE JUDGE AND TO CLOSE THE CASE

(Doc. 7)

On February 13, 2026, the parties filed a stipulation of dismissal of this action without prejudice. (Doc. 7.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of Court is directed to assign a Magistrate Judge for the purpose of closing this case and to close this case.

IT IS SO ORDERED.

Dated:   **February 17, 2026**         /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE

1